United States Bankruptcy Court
Southern District of Texas
ENTERED
June 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-80393** |
| **KELLI DIANN AUSTIN,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 13** |

**ORDER ON EMERGENCY MOTION TO SHOW CAUSE**
**(RELATES TO ECF NO. 20)**

Came on for consideration the Debtor's Emergency Motion for Order to Show Cause Why Parties Should Not Be Held in Contempt and for Further Enforcement of the Automatic Stay and Debtor's Motion to Extend the Automatic Stay through Pendency of the Bankruptcy (ECF No. 20). The Court listened to the arguments and carefully reviewed the various documents including the Order Granting Plaintiff's Motion to Order and Contempt of Court entered in Cause No. 23-DVC-0959, in the 344 Judicial District Court for Chambers County, Texas ("Contempt Order").

The Court finds that the Contempt Order is purely coercive with the purge for arrest and confinement being the "turning over the 3221 Bridgette Property…" This would constitute affirmative action in violation of the automatic stay provisions of the Bankruptcy Code. It is therefore

ORDERED that GLD Sponsor Member, LLC file such pleading seeking to have the enforcement of the Contempt Order vacated. It is further

ORDERED that if the enforcement of the Contempt Order is not vacated within 7 days from the date of entry of this Order, GLD Sponsor Member, LLC shall dismiss without prejudice Cause No. 23-DVC-0959.

Signed: June 25, 2026

Alfredo R Pérez
United States Bankruptcy Judge